# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

---

UNITED STATES OF AMERICA,

V.

# CR 08    0121

HECTOR HUGO ZENDEJAS-VEGA

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

_INDICT_
A true bill.

_____
Foreman

Filed in open court this __28__ day of FEBRUARY 2008

**Brenda Tolbert**
Clerk

HON. NANDOR VADAS

Bail, $ _No process_

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ HECTOR HUGO ZENDEJAS-VEGA

DISTRICT COURT NUMBER
CR 08 0121

FILED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

**DEFENDANT**

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-08-70095 MEJ

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALBERT B. SAMBAT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year  2/21/2008

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4  
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 UNITED STATES OF AMERICA,        )   No. CR 08 - 0121
                                    )
13        Plaintiff,                )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                    )   Reentry Following Deportation
14    v.                            )
                                    )
15 HECTOR HUGO ZENDEJAS-VEGA,       )   SAN FRANCISCO VENUE
                                    )
16        Defendant.                )
                                    )
17 _____  )
18
19                            INDICTMENT
20 The Grand Jury charges:
21
          On or about March 31, 2007, March 30, 2007, March 26, 2007, and September 5, 2006,
22
   the defendant,
23
                        HECTOR HUGO ZENDEJAS-VEGA,
24
   an alien, was excluded, deported and removed from the United States, and thereafter, on or about
25
   February 13, 2008, was found in the Northern District of California, the Attorney General of the
26
   United States and the Secretary of Homeland Security not having expressly consented to a
27
   //
28 //

   INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8, United
2  States Code, Section 1326.
3
4  DATED: 2-25-08                                             A TRUE BILL.
5
6                                                             _____
                                                              FOREPERSON
7
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
10
11 KYLE WALDINGER
   Deputy Chief, Major Crimes Division
12
13 (Approved as to form: _____ )
                         SAUSA SAMBAT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT