| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 5, 2008 TO MARCH 25, 2008** |
| 17 | |
| 18 | |

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0121 WHA