JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR HUGO ZENDEJAS-VEGA, )<br>)<br>    Defendant. )<br>)<br>_____ ) | Criminal No. CR 08-0121 WHA<br><br>**[PROPOSED] ORDER AND<br>STIPULATION EXCLUDING TIME<br>FROM APRIL 29, 2008 TO JUNE 3, 2008** |

      The parties appeared before the Honorable William H. Alsup on April 29, 2008.
With the agreement of counsel for both parties, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3161, from April 29, 2008 to June 3, 2008.  Failure to grant the requested continuance would
unreasonably deny counsel reasonable time necessary for effective preparation, taking into
account the exercise of due diligence.

      2.  Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0121 WHA**

excluding the period from April 29, 2008 to June 3, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 29, 2008 to June 3, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: 4/30/08                          _____/s/_____
                                        GEOFFREY A. HANSEN
                                        Counsel for Hector Hugo Zendejas-Vega


DATED: 4/30/08                          _____/s/_____
                                        LARA M. KROOP
                                        Special Assistant United States Attorney


IT IS SO ORDERED.


DATED:_____                  _____
                                        THE HON. WILLIAM H. ALSUP
                                        United States District Court Judge

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0121 WHA**                    2