JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HECTOR HUGO ZENDEJAS-VEGA,<br><br>    Defendant. | Criminal No. CR 08-0121 WHA<br><br>[PROPOSED] ORDER AND<br>STIPULATION EXCLUDING TIME<br>FROM JUNE 3, 2008 TO JUNE 24, 2008 |

   The parties appeared before the Honorable William H. Alsup on June 3, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

   1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 3, 2008 to June 24, 2008.  Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   2.  Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0121 WHA

excluding the period from June 3, 2008 to June 24, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 3, 2008 to June 24, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/03/08

/s/
GEOFFREY A. HANSEN
Counsel for Hector Hugo Zendejas-Vega

DATED: 6/03/08

/s/
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 4, 2008.

THE HON. WILLIAM H. ALSUP
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0121 WHA        2