SEALED DOCUMENT, EXHIBIT LOCATOR

CASE NUMBER __CR 08-121 WHA__

DOCUMENT NUMBER __18__

DATE FILED __8-8-08__

SEALED DOCUMENT __X__

EXHIBIT _____

LOCATION SHELF _____

OVERSIZE _____

OTHER _____